# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

In re:

Ronald Angel                                                      Case No. 13-60690-RBC

    Debtor.                                                 Chapter 13

Green Tree Servicing LLC, as authorized servicer for Bombardier Capital Mortgage Securitization Corporation, Senior/Subordinated Pass-Through Certificates, Services 1999-B, as owner and holder of account/contract originated by Bombardier Capital Inc.,

    Plaintiff,

v.

Ronald Angel
and
Herbert L. Beskin, Trustee,

    Defendants.

## CONSENT ORDER MODIFING AUTOMATIC STAY

This cause came upon Plaintiff's Motion for Relief from Stay to proceed against the following described collateral securing its loan to Debtor: 1999 Redman Manufactured Home, Serial No. 13844962.

**UPON CONSIDERATION WHEREOF**, it appearing (1) that the Debtor is in default in the making of the January 1, 2015 through March 1, 2015 post petition payments due Plaintiff, which

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
757-498-9600
Counsel for Plaintiff

payment arrearages, together with attorney's fees ($400.00) and costs ($176.00), result in post petition arrearages totaling $1,401.46, (2) that the Debtor consents to the entry of this Order, and for other good cause shown, it is

**ADJUDGED and ORDERED** the automatic stay shall continue in effect subject the following conditions:

1. Debtor shall file an amended Chapter 13 plan within twenty-one (21) days from the entry of this Order, providing for payment of the total post petition arrearages of $1,401.46 through the Chapter 13 Trustee; and thereafter, the movant may amend its proof of claim to include the above-stated arrearage.

2. Debtor shall resume the regular payments with that due April 1, 2015. Debtor shall establish an automatic payment, using a bank draft or other method, for direct payments.

3. In the event that the Debtor fails to make payments as required by paragraph 2 hereof, then Plaintiff may serve a Notice of Default on the Debtor, Debtor's counsel, the Trustee, and the Court, and if the Debtor fails to cure the default or request a hearing within 15 days after the date of service of such Notice, then Plaintiff may submit a separate Order granting the requested relief, which Order shall be entered without further hearing.

4. Upon entry of an Order granting relief from the automatic stay of 11 U.S.C. §362, the Trustee will immediately cease making any payments on Plaintiff's secured claim which were required by the plan. Any amended unsecured claim for a deficiency must be filed by Plaintiff within 180 days from the date on which the Order lifting stay is entered, or such claim shall be forever barred. Any filed deficiency claim must include an accounting showing how the deficiency was calculated.

5. If relief from the automatic stay becomes effective under the terms of this Order, such relief

shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Code.

                                               ENTER: April 6, 2015

                                               /s/ Rebecca B Connelly
                                               Judge

I ask for this:

 /s/ Sara A. John     p.q.
Sara A. John, VSB #48425
M. Richard Epps, P.C.
Counsel for Plaintiff


Seen and agreed:


 /s/ Heidi B. Shafer for H. David Cox, by Sara A. John, with express authority
H. David Cox
Counsel for Debtor


Seen:


 /s/ Herbert L. Beskin, by Sara A. John, with express authority
Herbert L. Beskin
Chapter 13 Trustee



In accordance with Local Rule 9072-1 the following is a list of all parties who are to receive notice of the entry of the foregoing Order: Sara A. John, M. Richard Epps, P.C., 605 Lynnhaven Parkway, Virginia Beach, VA 23452; Ronald Angel, 1783 Maddox Road, Gladys, VA 24554; Herbert L. Beskin, Trustee, P.O. Box 2103, Charlottesville, VA 22902; and H. David Cox, Attorney for Debtor, 900 Lakeside Drive, Lynchburg, VA 24501.

<u>Certificate of Endorsement</u>

The undersigned does certify that all necessary parties have endorsed the foregoing Order.

<u>/s/ Sara A. John</u>
Sara A. John
M. Richard Epps, P.C.